PATRICK R. BEASLEY (STATE BAR NO.: 63862)
JODY M. BURGESS (STATE BAR NO.: 222061)
**MAIRE & BEASLEY**
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / (530) 246-6060 (fax)

STEVEN H. GURNEE (STATE BAR NO.: 66056)
ELLEN ARABIAN-LEE (STATE BAR NO.: 151615)
**GURNEE & DANIELS LLP**
Roseville, California 95661
(916) 797-3100 / (916) 797 -3131 (fax)

Attorneys for Plaintiff
ROBERT E. BURGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BURGER,<br><br>        Plaintiff,<br><br>v.<br><br>TUMAC LUMBER CO., BRADLEY McMURCHIE, BILL GRAY, TOM GUSTAFSON, TIM LEIPZIG and DOES 1-100, inclusive,<br><br>        Defendants | Case No. 2:05-CV-02352-FCD-PAN<br><br>**STIPULATION REGARDING PLAINTIFF'S EMOTIONAL DISTRESS DAMAGES CLAIM** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

1. Plaintiff will not be making any claim for emotional distress damages in this case;

2. Paragraphs 19, 27, 28 and line 33 from page 10 of Plaintiff's Complaint shall be deemed stricken from the Complaint with prejudice;

3. Defendants will withdraw their discovery requests relating to Plaintiff's alleged emotional distress; and

LITTLER MENDELSON
A Professional Corporation
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

4. Other than as set forth herein, Defendants reserve all rights, including, but not limited to, the right to make motions *in limine* and assert objections at trial.

GURNEE & DANIELS LLP

Dated: July \_\_\_\_, 2006

STEVEN H. GURNEE
ELLEN C. ARABIAN-LEE
Attorneys for Plaintiff
ROBERT BERGER

LITTLER MENDELSON P.C.

Dated: July \_\_\_\_, 2006

JODY WILLSON PALMER
LITTLER MENDELSON
Attorneys for Defendants
TUMAC LUMBER CO., INC.,
BRADLEY McMURCHIE,
WILLIAM GRAY,
THOMAS GUSTAFSON,
TIMOTHY LEIPZIG

IT IS SO ORDERED:

Dated: July 17, 2006

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

2.

**STIPULATION REGARDING PLAINTIFF'S EMOTIONAL DISTRESS DAMAGES CLAIMS**