1  STEVEN H. GURNEE (STATE BAR NO.: 66056)
   ELLEN C. ARABIAN-LEE (STATE BAR NO.: 151615)
2  **GURNEE & DANIELS LLP**
   2240 Douglas Blvd., Suite 150
3  Roseville, California 95661
   (916) 797-3100 / (916) 797-3131 (fax)
4
   Attorneys for Plaintiff,
5  ROBERT E. BURGER

6              **UNITED STATES DISTRICT COURT**

7              **EASTERN DISTRICT OF CALIFORNIA**

8

| ROBERT BURGER, | Case No.: 2:05-CV-02352-FCD-PAN |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | **[FRCP RULE 41(a)(1)]** |
| TUMAC LUMBER CO., BRADLEY McMURCHIE, BILL GRAY, TOM GUSTAFSON, TIM LEIPZIG and DOES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP Rule 41(a)(1).

Dated:     August 8, 2006              GURNEE & DANIELS LLP

                                        /s/ Ellen C. Arabian-Lee, Esquire
                                        STEVEN H. GURNEE
                                        ELLEN C. ARABIAN-LEE
                                        Attorney for Plaintiff,
                                        ROBERT BURGER

1

**STIPULATION OF DISMISSAL**
**[FRCP RULE 41(a)(1)]**

1 | Dated:     August 8, 2006                          LITTLER MENDELSON

                                                       /s/ Jody Willson Palmer, Esquire
                                                       JODY WILLSON PALMER
                                                       Attorney for Defendants TUMAC
                                                       LUMBER CO., INC, BRADLEY
                                                       McMURCHIE, WILLIAM GRAY,
                                                       THOMAS GUSTAFSON, TIMOTHY
                                                       LEIPZIG

        IT IS SO ORDERED:

Dated:  August 9, 2006

                                                       /s/ Frank C. Damrell Jr.
                                                       HON. FRANK C. DAMRELL, JR.
                                                       UNITED STATES DISTRICT JUDGE

2

**STIPULATION OF DISMISSAL**
**[FRCP RULE 41(a)(1)]**